**GENOVA BURNS LLC**
Rajiv D. Parikh, Esq.
Justin A. Jacobs, Esq.
494 Broad Street
Newark, New Jersey 07102
TEL: (973) 533-0777
FAX: (973) 533-1112
RParikh@genovaburns.com
JJacobs@genovaburns.com
*Attorneys for Plaintiffs,*
*Jagdish Patel and Kishan Patel*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JAGDISH PATEL and KISHAN PATEL,<br><br>       Plaintiffs,<br><br>v.<br><br>JIGNESH PANDYA, KRUPA PATEL, JNP FOODS, LLC, RONAK FOODS, LLC, ROHAN PROPERTIES, LLC, SHREE SIDDHIVINAYAK, LLC, HARIDRA, LLC, SRI PRATHAMESH, LLC, CT PIZZA, LLC, EDISON PIZZA, LLC, JOHN/JANE DOES 1-10, and XYZ COMPANIES 1-10,<br><br>       Defendants. | CIVIL ACTION NO.:<br>14-cv-8127(WJM)(MF)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that I, Justin A. Jacobs, an attorney-at-law at Genova Burns LLC, and a member of the United States District Court for the District of New Jersey, respectfully request that the Court enter my appearance as counsel on behalf of plaintiffs, Jagdish Patel and Kishan Patel, and request that

copies of all papers filed in this action be served upon the undersigned.

>By: s/ Justin A. Jacobs
>JUSTIN A. JACOBS
>**GENOVA BURNS LLC**
>494 Broad Street
>Newark, New Jersey 07102
>Tel: (973) 533-0777
>JJacobs@genovaburns.com
>*Attorneys for Plaintiffs,*
>*Jagdish Patel and Kishan Patel*

Dated: January 6, 2015

12863066 (22109.001)