20150115154536

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: **SUMMONS AND COMPLAINT, CERTIFICATIONS, CIVIL COVER SHEET** | |
| EFFECTED (1) BY ME: DEREK Hand | |
| TITLE: **PROCESS SERVER** | DATE: 1/21/2015 2:29:54 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

JIGNESH PANDYA

Place where served:

210 E. STREET ROAD   SUIT 3B FEASTERVILLE TREVOSE   19053

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

KRUPA PATEL

Relationship to defendant **CONTROLLER**

Description of Person Accepting Service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: BROWN   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 1/26/2015

SIGNATURE OF DEREK Hand
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Stuart D. Kaplan, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires Aug. 14, 2015
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

State of PA   County of Phila

The foregoing instrument was acknowledged before me on this 26 day of JAN, 2015 by Derek Hand,

Notary Public Signature

ATTORNEY: RAJIV D. PARIKH, ESQ.
PLAINTIFF: JAGDISH PATEL, ET AL
DEFENDANT: JIGNESH PANDYA, ET AL
VENUE: DISTRICT
DOCKET: 2 14 CV 08127 WJM MF
COMMENT:

