

Genova Burns LLC
494 Broad Street, Newark, NJ 07102
**Tel:** 973.533.0777  **Fax:** 973.533.1112
Web: www.genovaburns.com

Justin A. Jacobs, Esq.
Member of NJ and NY Bars
jjacobs@genovaburns.com
Direct: 973-230-2081

February 27, 2015

**VIA ECF**

Clerk's Office
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   Jagdish Patel and Kishan Patel v. Jignesh Pandya, et al.,
      Civil Action No.: D.N.J. 14-cv-8127 (WJM) (MF)
      Automatic Extension pursuant to Local Civil Rule 7.1(d)(5)

Dear Sir or Madam:

This firm represents Jagdish and Kishan Patel ("Plaintiffs") in the above-referenced matter. Pursuant to Local Civil Rule 7.1(d)(5), Plaintiffs request an automatic extension of time to respond to the motion to dismiss filed by the defendants in this matter. [Docket Entry 13.] The motion to dismiss is currently returnable on March 16, 2015, and the current deadline for Plaintiffs to respond to same is March 2, 2015. Please be advised that these deadlines have not been previously adjourned or extended.

Pursuant to the automatic extension, the new motion date will be April 6, 2015, and the deadline for Plaintiffs' response will be March 23, 2015. This letter has been served on all counsel of record via the Court's ECF system.

Thank you for your attention to this matter.

Respectfully,

**GENOVA BURNS LLC**

s/ Justin A. Jacobs
JUSTIN A. JACOBS

JAJ:cp
c:   All Counsel of Record  (via ECF)
22109 /001 /12922728 v1