

**GENOVA BURNS**
ATTORNEYS-AT-LAW

Genova Burns LLC
494 Broad Street, Newark, NJ 07102
Tel: 973.533.0777  Fax: 973.533.1112
Web: www.genovaburns.com

Justin A. Jacobs, Esq.
Member of NJ and NY Bars
jjacobs@genovaburns.com
Direct: 973-230-2081

April 21, 2015

**VIA ECF**
Honorable William J. Martini, U.S.D.J.
United State District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re: **Jagdish Patel and Kishan Patel v. Jignesh Pandya, et al.**
       **Civil Action No.: 14-8127 (WJM) (MF)**

Dear Judge Martini:

  This firm represents plaintiffs in the above-referenced matter. Pursuant to instructions received from Your Honor's law clerk, enclosed for filing is a proposed Stipulation and Consent Order signed by the parties withdrawing the Rule 12(b)(2) jurisdictional objections raised in defendants' motion to dismiss. The parties respectfully request that Your Honor enter the proposed Stipulation and Consent Order electronically filed herewith.

  We appreciate Your Honor's attention to this matter.

              Respectfully Submitted,

              **GENOVA BURNS LLC**


              s/ Justin A. Jacobs
              JUSTIN A. JACOBS

JAJ:cp
Enclosure
c: Rajiv D. Parikh, Esq. (via ECF)
  Courtney Dolaway Zeuner, Esq. (via ECF)

22109/001/ 13071983v1