UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAGDISH PATEL and KISHAN PATEL,<br><br>Plaintiffs,<br><br>v.<br><br>JIGNESH PANDYA, KRUPA PATEL, JNP FOODS, LLC, RONAK FOODS, LLC, ROHAN PROPERTIES, LLC, SHREE SIDDHIVINAYAK, LLC, HARIDRA, LLC, SRI PRATHAMESH, LLC, CT PIZZA, LLC, EDISON PIZZA, LLC, JOHN/JANE DOES 1-10, and XYZ COMPANIES 1-10<br><br>Defendants. | CIVIL ACTION NO.:<br>14-cv-08127 (WJM)(MF)<br><br><br><br>JOINT STIPULATION AND CONSENT ORDER PARTIALLY WITHDRAWING DEFENDANTS' MOTION TO DISMISS |

AND NOW, the parties, by and through their respective counsel, hereby stipulate and as follows:

1. Plaintiffs' filed their Complaint in the above-captioned matter on December 31, 2014.

2. In response, on February 11, 2015, Defendants moved to dismiss Plaintiffs' Complaint for lack of personal jurisdiction under Rule 12(b)(2) and failure to state a claim under Rule 12(b)(6).

3. Defendants have since consented to the jurisdiction of the United States District Court for the District of New Jersey.

4. Therefore, Defendants hereby withdraw their Motion to Dismiss for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).

5. Defendants' Motion to Dismiss for failure to state a claim under Rule 12(b)(6) is currently pending.

6. The parties, through their undersigned counsel, hereby consent to entry of the form of this proposed Consent Order.

By: *[signature]*
Rajiv Parikh, Esquire
Justin Jacobs, Esquire

*Counsel for Plaintiffs,
Jagdish Patel and Kishan Patel*

Date: 4/21/2015

IT IS SO ORDERED.
Date: 4/23/15

By: *[signature]*
Courtney D. Zeuner, Esquire

*Counsel for Defendants, Jignesh Pandya, Krupa Patel, JNP Foods, LLC, Ronak Foods, LLC, Rohan Properties, LLC, Shree Siddhivinayak, LLC, Haridra, LLC, Sri Prathamesh, LLC, CT Pizza, LLC, and Edison Pizza, LLC*

Date: 4/21/15

*[signature]*
Hon. William J. Martini, U.S.D.J.