# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAGDISH PATEL and KISHAN PATEL, | CIVIL ACTION NO.: |
| Plaintiffs, | 14-cv-08127 (WJM)(MF) |
| v. | |
| JIGNESH PANDYA, KRUPA PATEL, JNP FOODS, LLC, RONAK FOODS, LLC, ROHAN PROPERTIES, LLC, SHREE SIDDHIVINAYAK, LLC, HARIDRA, LLC, SRI PRATHAMESH, LLC, CT PIZZA, LLC, EDISON PIZZA, LLC, JOHN/JANE DOES 1-10, and XYZ COMPANIES 1-10 | |
| Defendants | |

## ORDER

AND NOW, this 22 day of June, 2015, it is hereby ORDERED and DECREED that the Motion for Admission *Pro Hac Vice* of Kenneth C. Russell, Esquire, is GRANTED. It is further ORDERED that

1. Kenneth C. Russell, Esquire, of the law firm Baratta, Russell & Baratta, P.C., 3500 Reading Way, Huntingdon Valley, PA 19006, is hereby admitted *pro hac vice* to the bar of this Court, as co-counsel for Defendants in this matter;

2. Kenneth C. Russell, Esquire, shall abide by the rules of this Court, including all disciplinary rules;

3. Kenneth C. Russell, Esquire, shall immediately notify this Court of any matter affecting his standing at the bar of any other court where he may be admitted to practice; and

4. Courtney D. Zeuner, Esquire, the moving attorney herein, shall continue to be responsible as counsel of record for the conduct of this matter on behalf of Defendants.

By the Court:

[signature]

MARK FALK, U.S.M.J.

\* Counsel shall make payment to the New Jersey Lawyers Fund for Client Protection pursuant to N.J. Court Rule 1:28-2 and shall make payment to the Clerk of the United States District Court for the District of New Jersey in accordance with Local Civ. R. 101.1(c)(3).