UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAGDISH PATEL and KISHAN PATEL,<br><br>Plaintiffs,<br><br>v.<br><br>JIGNESH PANDYA; KRUPA PATEL; JNP FOODS, LLC; RONAK FOODS, LLC; SHREE SIDDHIVINAYAK, LLC; HARIDRA, LLC; SRI PRATHAMESH, LLC; CT PIZZA, LLC; EDISON PIZZA; JONE/JANE DOES 1-10; and XYZ COMPANIES 1-10,<br><br>Defendants. | Civ. No. 2:14-cv-08127 (WJM)<br><br>ORDER |

This matter comes before the Court on Defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). For the reasons set forth in the accompanying Opinion,

**IT IS** on this 27th day of July 2015 hereby

**ORDERED** that Defendants' Motion is **DENIED.**

/s/ William J. Martini
_____
**WILLIAM J. MARTINI, U.S.D.J.**