UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAGDISH PATEL, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> JIGNESH PANDYA, et. al., <br><br> Defendants. | Civil Action No. 14-cv-08127 (WJM) (MF) <br><br> CIVIL ACTION <br><br> CASE MANAGEMENT CONSENT ORDER |

THIS MATTER having come before the Court via application for entry of a consent order by Plaintiffs and Defendants; and for good cause shown:

IT IS on this 29 day of November, 2017 ORDERED THAT:

1. Fact discovery is to remain open through **January 15, 2018**. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

2. ~~All other dates set forth in the October 26, 2017 Case Management Order shall be extended by forty-five (45) days.~~

Affirmative expert reports shall be delivered by March 1, 2018.

Responding expert reports shall be delivered by April 2, 2018.

_____
**MARK FALK**
**United States Magistrate Judge**

22109/001/14113575v1