

Genova Burns LLC
494 Broad Street, Newark, NJ 07102
**Tel:** 973.533.0777  **Fax:** 973.533.1112
**Web:** www.genovaburns.com

Rajiv D. Parikh, Esq.
Partner
Member of NJ and NY Bars
rparikh@genovaburns.com
Direct: 973-535-4446

January 18, 2018

**VIA ECF**
Honorable Mark Falk, U.S.M.J.
Frank R. Lautenberg U.S. P.O. & Courthouse
1 Federal Square, Box 2797
Newark, New Jersey 07102

      **Re:**    **Patel v. Pandya, et. al**
            **Civil Action No.: 14-8127(WJM)(MF)**

Dear Judge Falk:

      We write to respectfully request an adjournment of the February 14, 2019 case management conference scheduled by the Court. I have a pre-planned vacation out of the country during this time. We conferred with Defendants' counsel at the deposition of plaintiff (which was completed yesterday), and counsel are available on February 19 or 20 if the Court is available.

      Thank you for Your Honor's continued assistance with this matter.

                          Respectfully,

                          **GENOVA BURNS LLC**

                          s/ *Rajiv D. Parikh*
                          RAJIV D. PARIKH

RDP:dmc

    c:    Maria R. Fruci, Esq. (via electronic filing)
         Steve Varano, Esq. (via electronic filing)
         Joseph Slawinski, Esq. (via electronic filing)

14574120v1 /22109.001