UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAGDISH PATEL and KISHAN PATEL,<br><br>Plaintiffs,<br><br>v.<br><br>JIGNESH PANDYA, KRUPA PATEL, JNP FOODS, LLC, RONAK FOODS, LLC, ROHAN PROPERTIES, LLC, SHREE SIDDHIVINAYAK, LLC, HARIDRA, LLC, SRI PRATHAMESH, LLC, CT PIZZA, LLC, EDISON PIZZA, LLC, JOHN/JANE DOES 1-10, and XYZ COMPANIES 1-10,<br><br>Defendants. | Civil Action No.: 14-cv-8127(WJM)(MF)<br><br>**CONSENT FINAL JUGMENT** |

This matter having been opened to the Court pursuant to the 2022 Settlement Agreement entered into by Jagdish Patel and Kishan Patel (collectively "Plaintiffs") and Jignesh Pandya, JNP Foods, LLC, Ronak Foods LLC, Rohan Properties LLC, Shree Siddhivinayak LLC, Haridra, LLC, Sri Prathamesh, LLC, CT Pizza LLC, and Edison Pizza, LLC (collectively, "Defendants"), of which this Consent Final Judgment is Exhibit B thereto; and Defendants having consented to the entry of this Consent Final Judgment in the event of failure by Defendants to fully pay the Settlement Amount required under the 2022 Settlement Agreement subject to the notice and other provisions set forth in

the Settlement Agreement; and Plaintiffs, through their attorneys, having filed a motion on notice to Defendants for entry of this Consent Final Judgment; and for good cause shown, it is hereby **ORDERED** that:

1. Final Judgment is hereby entered in favor of Plaintiffs and against Defendants, jointly and severally, in the amount of $1,300,000.00, minus $<u>See Exhibit 1</u> paid to date, which reflects all outstanding amounts of principal and interest due as of the date of entry hereof under a certain Settlement Agreement executed by Defendants, plus interest at six (6%) percent, reasonable attorneys' fees and costs to file the motion for entry of this Consent Final Judgment in the amount of $<u>See Exhibit 1</u>, for a total Judgment in the amount of $<u>See Exhibit 1</u>.

2. A copy of this Consent Final Judgment shall be served upon Defendants within ___ days of entry hereof.

3. The Court shall retain jurisdiction over this matter for purposes of construction, modification, and enforcement of this Consent Final Judgment, including the terms of the Settlement Agreement.

**JAGDISH PATEL**

By: _____
Jagdish Patel

Sworn and subscribed to before me this 6 day of May, 2022

Colin Robinson
Name of Notary Public

_____
Signature of Notary Public

COLIN ROBINSON
Notary Public - State of New Jersey
My Commission Expires May 27, 2026

**KISHAN PATEL**

By: _____
Kishan Patel

Sworn and subscribed to before me this 6 day of May, 2022

Colin Robinson
Name of Notary Public

_____
Signature of Notary Public

#15855782v2 (22109.001)

COLIN ROBINSON
Notary Public - State of New Jersey
My Commission Expires May 27, 2026

**JIGNESH PANDYA**

By: _____
Jignesh Pandya

Sworn and subscribed to before me this
_11_ day of _May_____, 2022

_Antonia J Foster_____
Name of Notary Public

_Antonia J Foster_____
Signature of Notary Public

```
Commonwealth of Pennsylvania - Notary Seal
Antonia J. Foster, Notary Public
Bucks County
My commission expires March 10, 2026
Commission number 1052453
```
Member, Pennsylvania Association of Notaries

**SO ORDERED:**

_____
Hon. William J. Martini, ~~U.S.M.J.~~ U.S.D.J.

#15855782v2 (22109.001)